JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| OSVALDO SALAZAR, | Case No. CV ED 23-2206 PA (Ex) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| F.D. THOMAS, INC., et al., | |
| Defendants. | |

In accordance with the Court's December 20, 2023 Minute Order dismissing this action pursuant to Federal Rule of Civil Procedure 41(a)(2), it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 20, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE